**FILED**

February 22, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Javier Martinez_____
                                    DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| _____ | § |
| **ERIK SALAIZ,** | § |
| | § |
| **Plaintiff,** | § |
| | § |
| **v.** | § |
| | § |
| **SOFI LENDING CORP.,** a California | §        **EP-22-CV-0459-DG** |
| Corporation | § |
| | § |
| | § |
| **Defendants.** | § |
| _____ | § |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

The Plaintiff and Defendant SOFI LENDING CORP have resolved their case. Plaintiff hereby requests the Court dismiss the case against SOFI LENDING CORP with prejudice.

Dated February 22, 2023,                    Respectfully Submitted,


Erik Salaiz
Plaintiff, Pro Se
319 Valley Fair Way
El Paso, Texas 79907
915-540-5210
Salaiz.ep@gmail.com

**RECEIVED**
February 22, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Javier Martinez_
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

_____

**ERIK SALAIZ,**                          §
                                          §
                                          §
                    **Plaintiff,**        §
                                          §
          **v.**                          §
                                          §
**SOFI LENDING CORP.,** a California       §        **EP-22-CV-0459-DG**
Corporation                               §
                                          §
                                          §
                    **Defendants.**       §
_____   §

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion to Dismiss with Prejudice, it is this, _____

day of  _____, 2023,

**ORDERED** that Plaintiff's Motion to Dismiss with Prejudice be and is hereby

**GRANTED;**


**SO ORDERED**


_____

**United States District Judge**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

_____

|  |  |  |
|---|---|---|
| **ERIK SALAIZ,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **SOFI LENDING CORP.,** a California | § | **EP-22-CV-0459-DG** |
| Corporation | § | |
| | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

_____

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2023, I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** to be served via electronic mail on all counsel of record.

Dated February 22, 2023,                    Respectfully Submitted,

Erik Salaiz
Plaintiff, Pro Se
319 Valley Fair Way
El Paso, Texas 79907
915-540-5210
Salaiz.ep@gmail.com